# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alabama Power P.O. Box 242 Birmingham, AL 35292 | | Business Debt | | | | $2,758.88 |
| Bayer Retail Company, LLC 2222 Arlington Avenue Birmingham, AL 35205 | | Business Lease | | | | $4,220.96 |
| BRESCO 2428 Sixth Avenue South Birmingham, AL 35233 | | Business Debt | | | | $1,623.43 |
| Chance 22 AL Retail LLC c/o Chance Partners, LLC 5256 Peachtree Road, Ste. 135 Atlanta, GA 30341 | | Business Lease | | | | $1,547.00 |
| Desired Temp Service Contractors, Inc. P.O. Box 268 Bessemer, AL 35021 | | Business Debt | | | | $2,211.75 |
| Distoro, Inc. 513 Industrial Drive Woodstock, GA 30189 | | Business Debt | | | | $1,260.00 |
| IMI Huntsville LLC c/o Miller Capital Advisory, Inc. 5750 Old Orchard Rd Ste 400 Skokie, IL 60077 | | Business Lease | | | | $5,499.10 |

| Debtor | Steel City Pops B'ham, LLC | | Case number *(if known)* | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lewis A. Pick, III c/o Northcutt Realty, LLC as agent 248 S. Gay Street Auburn, AL 36830** | | **Business Lease** | | | | $2,015.00 |
| **Marx Brothers, Inc. 3100 Second Avenue South Birmingham, AL 35233** | | **Business Debt** | | | | $2,418.96 |
| **Oak Tree Corner P.O. Box 1407 Auburn, AL 36831** | | **Business Debt** | | | | $2,100.00 |
| **Pacific Bag 15300 Woodinville-Redmond Rd. Woodinville, WA 98072** | | **Business Debt** | | | | $1,720.00 |
| **Peachtree Commodities 3295 River Exchange Dr. Ste. 110 Norcross, GA 30092** | | **Business Debt** | | | | $3,598.52 |
| **Piedmont National Corporation P.O. Box 890938 Charlotte, NC 28289-0938** | | **Business Debt** | | | | $1,557.20 |
| **Polar Tech Industries, Inc. Payment Processing P.O. Box 5930 Bloomington, IL 61702-5930** | | **Business Debt** | | | | $8,446.94 |
| **Research Solutions P.O. Box 1667 Pelham, AL 35124** | | **Business Debt** | | | | $3,114.45 |
| **Sysco 1000 Sysco Drive Calera, AL 35040** | | **Business Debt** | | | | $12,132.26 |
| **Taco Partners, LLC 3755 Corporate Woods Drive Birmingham, AL 35242** | | **Business Debt** | | | | $9,060.47 |

| Debtor | Steel City Pops B'ham, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Uline Shipping Supply Specialists**<br>ATTN: Accts. Payable<br>P.O. Box 88741<br>Chicago, IL 60680-1741 | | **Business Debt** | | | | $2,063.86 |
| **Van Wagner Sports & Entertainment, LLC**<br>ATTN: Collections<br>800 Third Avenue - 28th Floor<br>New York, NY 10022 | | **Business Debt** | | | | $1,750.00 |
| **Vapor Thrift Store, LLC**<br>338 Talladega Springs Road<br>Sylacauga, AL 35151 | | **Business Lease** | | | | $1,400.00 |